IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| VERONICA NUDD and BARRY E. NUDD, ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. |
| ) | |
| CHARLOTTE E. KUCHEL, ) | |
|     Defendant. ) | |

# COMPLAINT FOR DAMAGES

Come now the Plaintiffs, Veronica Nudd and Barry Nudd, by counsel Dale J. Starkes, and complain of the Defendant, Charlotte Kuchel, alleging as follows and says:

## PARTIES

1. Plaintiff Veronica Nudd and Barry Nudd are citizens of and domiciled in the State of Ohio, residing at 705 Pennsylvania Avenue, Shreve, Ohio, at all relevant times herein.

2. Defendant Charlotte E. Kuchel is a resident of and domiciled in the State of Indiana, residing at 14407 18 B Road, Argos, Indiana, at all relevant times herein.

## JURISDICTION

3. This court has jurisdiction over this action pursuant to 28 USC § 1332 (a)(1), in that the parties are residents of different states and that the amount in controversy is in excess of Seventy-Five Thousand Dollars ($75,000.00).

4. That pursuant to 28 USC § 1391 (b)(1), Plaintiffs are filing this suit in the Northern District of Indiana for damages sustained in this motor vehicle as Defendant is domiciled in

Marshall County, Indiana, and the accident, which is the subject of this litigation, occurred in Marshall County, Indiana.

## NATURE OF THE CASE

5. That on November 18, 2001, at approximately 12:07 p.m., Plaintiff Veronica Nudd was a passenger in a blue 2011 Ford Escape SUV driven by her husband, Plaintiff Barry Nudd, which was traveling north on State Road 17 (also known as N. Michigan Street), approaching Skylane Drive in Plymouth, Marshall County, Indiana.

6. That at that same time and location, Defendant Charlotte E. Kuchel was operating a 2011 Jeep Wrangler SUV, sitting in the drive at 2014 N. Michigan Street (State Road 17) in Plymouth, Marshall County, Indiana, and was preparing to make a right turn out of the common drive onto N. Michigan Street (State Road 17).

7. That the Defendant turned right out of the drive and pulled in front of Plaintiffs, causing Plaintiffs' vehicle to impact Defendant's vehicle when the Plaintiffs had the right of way.

8. That Plaintiff Veronica Nudd sustained injuries to her right shoulder and neck and suffered an aggravation of a pre-existing low back complaint as a result of cervical disc damage at one or more levels in her cervical spine, resulting in right shoulder and arm complaints.

9. That Plaintiff Barry Nudd sustained injuries to his cervical spine, neck, shoulder and arm.

10. That in addition, Plaintiffs' vehicle was extensively damage due to the collision.

11. That Plaintiffs contend that they bear no comparative negligence and that the Defendant was the sole and proximate cause of this accident and is solely responsible for their injuries and damages.

WHEREFORE, Plaintiffs, by counsel, pray for judgment against Defendant in an amount to be determined by the trier of fact, plus all other just and proper relief.

Respectfully submitted,

**STARKES LAW OFFICE**

_____
Dale J. Starkes, Attorney No. 679-66
Attorney for Plaintiffs
606 E. Washington Street
P.O. Box 100
Winamac, IN 46996
Telephone: (574) 946-6621
dale@starkeslawoffice.com

## JURY DEMAND

Plaintiffs demand trial by jury on all issues.

_____
Dale J. Starkes